# EXHIBIT A

Taria Netherton
July 21, 2016

```
          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF GEORGIA
                ATLANTA DIVISION

Alison Valente, Jennifer  )
Barlow, Kathryn Monroe,   )
Sophia Smith, Stephanie   )
LeBeau on behalf of       )
themselves and all others )
similarly situated,       )
                          )  CASE NO: 1:15-CV-2477ELR
        Plaintiffs,       )
                          )
     vs.                  )
                          )
                          )
International Follies,    )
Inc. d/b/a The Cheetah    )
and William Hagood,       )
                          )
        Defendants.       )
_____)
```

VIDEOTAPED DEPOSITION OF

TARIA NETHERTON

July 21, 2016

2:19 p.m.

U.S. LEGAL SUPPORT
(954) 463-2933

```
 1                    APPEARANCES OF COUNSEL

 2    On behalf of the Plaintiffs:

 3           JAMES F. MCDONOUGH, III, Esq.
             Heninger Garrison Davis, LLC
 4           3621 Vinings Slope
             Suite 4320
 5           Atlanta, Georgia 30339
             P: (404) 996-0869
 6           F: (205) 326-3332
             E: jmcdonough@hgdlawfirm.com
 7

 8    On behalf of the Defendants:

 9           FREDERICK L. WARREN, Esq.
             Ford & Harrison LLP
10           271 17th Street, N.W.
             Suite 1900
11           Atlanta, Georgia 30363
             P: (404) 888-3828
12           F: (404) 888-3863
             E: rwarren@fordharrison.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Taria Netherton
July 21, 2016                                                   3

```
 1   INDEX TO EXAMINATION

 2   Examination by Mr. McDonough  ....        P. 4

 3

 4

 5                          - - -

 6

 7                    INDEX TO EXHIBITS

 8   Exhibit No.     Description                  Marked

 9   P-10      Declaration of Taria Netherton    P. 7

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

U.S. LEGAL SUPPORT
(954) 463-2933

1           THE VIDEOGRAPHER:  Today is Thursday,
2      July 21st, 2016.  The time is 2:19 p.m. This
3      will be the videotaped deposition of
4      Taria Netherton in the case of Alison Valente,
5      et al, versus International Follies, Inc., et
6      al.  Would the court reporter please swear in
7      the witness.
8                    TARIA NETHERTON,
9   having been first duly sworn, was examined and
10  testified as follows:
11                     EXAMINATION
12  BY MR. MCDONOUGH:
13     Q    Good afternoon, Ms. Netherton.  My name is
14  Jim McDonough.  I represent the plaintiffs in this
15  matter.  I just brought you here to ask you a few
16  questions today.  The first question is:  Have you
17  ever been deposed before?
18     A    No.
19     Q    Okay.  Have you ever been on the stand in
20  trial or --
21     A    No.
22     Q    -- court or anything like that?
23     A    No.
24     Q    Okay.  So to give you some kind of ground
25  rules that will make it go smoother, I'm going to ask

```
 1   is?
 2        A    When I read it, I kind of got the gist of
 3   it, but, no, we didn't discuss that.  I just know what
 4   I signed, and I read through it when I signed it.  And
 5   I read it every day that it was posted on the bulletin
 6   board.  And we didn't discuss any of that what I came
 7   in.  He just told me what we'd be talking about in
 8   here and how it would go through.
 9        Q    Okay.  So you -- you read it every day on
10   the bulletin board?
11        A    Uh-huh (affirmative).  I mean, when you're
12   in a building every day, it's kind of hard to not look
13   at the walls.  They also post pictures of people who
14   are banned from the club right there.  So there's
15   always a new picture there.  There's always something
16   different there.  So, I mean, it's kind of hard not to
17   glance at it every now and then.
18        Q    Okay.  So do you know if -- having read it
19   every day, do you know if the Arbitration Policy
20   prohibits you from bringing like Title VII actions
21   against the club or if that's excluded?
22        A    I don't know what that means.
23        Q    Okay.  Civil rights actions.  Do you know --
24   here's a broader question:  Do you know whether you
25   were only -- the Arbitration Policy only applies to
```

```
 1   certain kind of cases or any case?
 2        A    I'm not sure.
 3        Q    And do you know if you're required to bring
 4   all -- all claims in one single arbitration action or
 5   if you can do multiple?
 6        A    I'm not sure.  I've never had a problem with
 7   a club that needed legal action.
 8        Q    Do you happen to know what the arbitration
 9   panel is that you're supposed to use under the
10   Arbitration Policy?
11        A    No.
12        Q    Do you know if the club is required to pay
13   the arbitration fees or you are?
14        A    I have no idea.
15        Q    Do you know if you give up your right to a
16   jury in the arbitration agreement or --
17        A    Not sure.
18        Q    -- if you don't?
19        A    I guess, I haven't read it in a while
20   because I haven't had any reason to bring up any legal
21   action against anybody in the club for any reason.
22   And if I needed to, I'd probably go back over it
23   again.
24        Q    Okay.  So -- so it's not true that you read
25   it every day, at one point it time --
```

1       A    Yeah, I do read it every day.  But, I mean,
2   I glance at it every day.  I don't sit there and read
3   through it every single day, but I do glance at it.  I
4   know that it's there.  It says "arbitration agreement"
5   in giant bold letters at the top of it.
6       Q    It says "arbitration agreement" in giant
7   bold letters; is that what you said?
8       A    Uh-huh (affirmative).  Just like the page
9   that we read, it says it at the top.
10      Q    So -- and that same document that says
11  "arbitration agreement" at the top was continually up
12  on the bulletin board since you joined the club --
13      A    Yes, in July 2013.
14      Q    Okay.  So if I could take your attention to
15  page 4 of 9 and then paragraph 8.
16      A    Uh-huh (affirmative).
17      Q    It says -- paragraph 8 says, the Arbitration
18  Policy remained posted on the bulletin board in the
19  break room continuously from October of 2011 until it
20  was replaced with a new policy in July 2015.
21           Is -- is that a true statement?
22      A    I know the October 2011 was incorrect when
23  they first drafted this and it was supposed to be from
24  when I started that I knew because I haven't been
25  there since 2011.

```
 1         Q    Okay.  But you signed this anyway?
 2         A    Yes.  It was -- I think they pointed out to
 3   me that it needed to be changed because I haven't been
 4   there as long.
 5         Q    All right.  But you said you did read this
 6   before signing it?
 7         A    Uh-huh (affirmative).
 8         Q    You -- you didn't catch that?
 9         A    I did.  That's what I'm saying.  I'm pretty
10   sure they pointed it out to me, to let them know that
11   it would need to be changed because they messed up
12   right there because I haven't been there since 2011.
13         Q    Okay.  So you did see it before you signed
14   it, and then they told you about it?
15         A    Yes.  And then they had me sign a new
16   document when they fixed it.
17         Q    Okay.  You saw it, but you signed it anyway
18   and then fixed it?
19         A    Yes; because they said they were going to
20   print another one and have me sign it again.
21         Q    Then I guess you knew they were going to be
22   using this to -- to submit in -- into the lawsuit?
23         A    Yes.
24         Q    Then you later updated that provision and
25   said --
```